UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAVERHILL COKE COMPANY LLC,

       Petitioner,

  -v-

ALGOMA STEEL, INC.,

       Respondent.

---

26-cv-4407 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Upon the application of petitioner Haverhill Coke Company LLC, the Court hereby unseals this action; orders that the Clerk of Court maintain all papers previously filed in this case under seal; and directs the parties to file on the public docket redacted copies of all papers previously filed.

SO ORDERED.

Dated:    New York, NY
       June 12, 2026

                     JED S. RAKOFF, U.S.D.J.

1