UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAVERHILL COKE COMPANY LLC,

      Petitioner,

  -v-

ALGOMA STEEL, INC.,

      Respondent.

26-cv-4407 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of petitioner Haverhill Coke Company LLC to confirm this Court's June 1, 2026, Order Granting Ex Parte Attachment. See ECF No. 14. The motion was fully briefed on June 16, 2026, and the Court held oral argument on June 18, 2026.

Upon careful consideration of the parties' submissions and the arguments of counsel, the Court hereby grants petitioner's motion and confirms its June 1, 2026, Order. Pursuant to CPLR § 6211(b), all provisions of that Order shall remain in full force and effect until further order of the Court. The Court hereby levies within this Court's jurisdiction upon such monies, accounts, property, and/or interest of respondent Algoma Steel, Inc., including such monies, accounts, property, and/or interest held by others, as will satisfy the sum of $25,700,865.60.

The Court hereby retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order, including jurisdiction to impose sanctions on any person or entity that violates this Order.

An Opinion setting forth the reasons for this Order will issue in due course.

The Clerk of Court is respectfully directed to close the motion at docket entry 14.

SO ORDERED.

Dated:    New York, NY
          June 18, 2026

JED S. RAKOFF, U.S.D.J.