**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAVERHILL COKE COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALGOMA STEEL GROUP INC.,<br><br>Defendant. | Case No. 26 Civ. 4407 (JSR) |

## [PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR ASSET DISCLOSURE AND DISCOVERY

THIS MATTER having come before the Court on the motion (the "Motion") of Petitioner Haverhill Coke Company LLC ("Haverhill") for an order, pursuant to Federal Rule of Civil Procedure 64 and N.Y. C.P.L.R. § 6220, directing Respondent Algoma Steel Inc. ("Algoma") to disclose information regarding its assets and to respond to related discovery in aid of the order of attachment previously confirmed by this Court.

The Court having considered the Motion and Algoma's Response, and for good cause shown, **IT IS HEREBY ORDERED:**

1. The Motion is GRANTED. Pursuant to Fed. R. Civ. P. 64 and N.Y. C.P.L.R. § 6220, Algoma shall disclose information regarding any property in which it has an interest and any debts owing to it, sufficient to enable Haverhill to identify and locate assets to satisfy the confirmed order of attachment.

2. Specifically, Haverhill may serve upon Algoma document requests seeking production of documents identifying:

(a) all real property in which Algoma has or has had an interest;

(b) all bank accounts, brokerage accounts, and other financial accounts held in Algoma's name or for its benefit, together with account statements for the preceding twenty-four (24) months;

(c) all accounts receivable, cash, stocks, bonds, and other securities or investments in which Algoma has an interest;

(d) all motor vehicles, equipment, and other personal property owned by Algoma with a value in excess of $10,000;

(e) all debts owed to Algoma by any third party; and

(f) any transfers of assets by Algoma, to or for the benefit of any affiliated or related entity, made on or after January 1, 2025.

~~3. Haverhill may serve interrogatories on Algoma concerning the identity, location, nature, and value of Algoma's assets and any debts owed to Algoma.~~

3. Algoma shall present Michael Moraca, Algoma's Chief Financial Officer, or such other person(s) with knowledge of Algoma's assets, for oral examination under oath concerning the subject matter of this Order. The examination shall take place at a mutually convenient date, time, and location (which may include remote video deposition) to be agreed upon by the parties.

4. The discovery ordered herein shall proceed in accordance with the applicable Federal Rules of Civil Procedure and Local Rules of this Court, including L.R. 33.3.

SO ORDERED.

Dated: New York, New York
7/30/, 2026

HON. JED S. RAKOFF
United States District Judge