**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Haverhill Coke Company LLC | 26 Civ. 4407 (JSR) |
| DEFENDANT | TYPE OF PROCESS |
| Algoma Steel Inc. | Order of Attachment |

U.S. DISTRICT COURT FILED S.D. OF N.Y. 2026 JUL 30 PM 2:38

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Russel Metals Williams Bahcall Inc. c/o C T Corporation System
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 28 Liberty Street, New York, NY 10005

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Elizabeth Edmondson<br>Jenner & Block LLP<br>1155 6th Ave, New York, NY 10036 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 10 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | (212) 891 1600 | 7/27/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 054 | No. 054 | Kersey Cartagena | 7/30/26 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 7/31/26 | 12:50 ☐ am ☑ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |
| | Kersey Cartagena | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

CT CORP.

Form USM-285
Rev. 03/21